## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Yira Amaya
                        Plaintiff,

v.                                                           Case No.: 1:22–cv–03711
                                                                             Honorable Steven C. Seeger

Accumed Center, S.C., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the motion for entry of an order approving the settlement (Dckt. No. [22]), as well as the accompanying settlement agreement. The motion for approval of the settlement (Dckt. No. [22]) is hereby granted. The Court concludes that the settlement is fair and reasonable within the meaning of the FLSA. The size of the payment to Plaintiff isn't large ($2,500), in the grand scheme of things. And it is smaller than the payment to Plaintiff's counsel ($2,900), which is upside down from the normal state of affairs. Even so, the recovery of anything requires, at a minimum, a fixed amount of time and expenses, no matter how large the case is. And a payment to counsel of $2,900 is not unreasonable. The payment to Plaintiff is 80% of what she requested, so it is substantively reasonable. And procedurally, the parties reached the agreement after months of negotiation. Overall, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute. The parties neglected to submit a proposed judgment to the Court. The Court directs counsel to email a Word version of the proposed judgment to the proposed order inbox. Final Judgment Order to follow. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.